IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:13CR155 |
| | § | Judge Crone |
| JOSEPH PATRICK MCPETERS | § | |

## SECOND FINAL ORDER OF FORFEITURE

This court entered a Preliminary Order of Forfeiture regarding this defendant on June 17, 2014, pursuant to the provision of 18 U.S.C. 981(E).

The government noticed the defendant through his attorney, published at www.forfeiture.gov for thirty consecutive days of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.  No claims have been filed.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to all of the hereinafter described property, of this defendant is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to the defendant who is the subject of this Order is hereby condemned and forfeited to the government in accordance with 18 U.S.C. § 981(E):

   a. One Sony Vaio Laptop, Serial No. 275237383040130;
   b. One Samsung HDD 160GB Serial No. S013J10X521042;
   c. One Western Digital 160GB HDD Serial No. WCAS28964025;

      d. One unknown make and model HDD;
      e. Twenty-nine CDs; and
      f. One Toshiba Satellite Serial No. 4A092967W and related accessories.

3. That any and all funds derived from the sale of property noted above shall be deposited forthwith by the Federal Bureau of Investigation in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

**Signed this date.**

**Mar 25, 2015**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

**Final Order of Forfeiture – Page 2**